PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD YANG,<br>ZHONGZHANG YANG, AND<br>CHENGCHUN XIE,<br><br>Defendants. | CASE NO. 2:16-MJ-00173 CKD<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: SEPTEMBER 29, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ROGER YANG, and defendants LEONARD YANG, ZHONGZHANG YANG, and CHENGCHUN XIE, both individually and by and through his counsel of record, N. ALLEN SAWYER, MICHAEL HANSEN, and JESSICA GRAVES, hereby stipulate as follows:

1. The Complaint in this case was filed on September 15, 2016, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on September 15, 2016. The court set a preliminary hearing date of SEPTEMBER 29, 2016.

2. The parties have been informed that the Mandarin Chinese language interpreter is not available on September 29, 2016 and will not be available until October 6, 2016. The Mandarin Chinese language interpreter is necessary for defense counsel to communicate with their clients, and for the defendants to communicate with the Court.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary

hearing date to October 6, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. In the event that the grand jury returns an Indictment against the defendants, the parties waive time for an arraignment pursuant to Rule 10(a) of the Federal Rules of Criminal Procedure until October 6, 2016. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, to allow for the availability of the Mandarin language interpreter, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between SEPTEMBER 29, 2016, and October 6, 2016, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  September 29, 2016          PHILLIP A. TALBERT
                                    Acting United States Attorney


                                    /s/ ROGER YANG
                                    ROGER YANG
                                    Assistant United States Attorney


Dated:  September 29, 2016          /s/ N. ALLEN SAWYER
                                    N. ALLEN SAWYER
                                    Counsel for Defendant
                                    LEONARD YANG


Dated:  September 29, 2016          /s/ MICHAEL E. HANSEN
                                    MICHAEL E. HANSEN
                                    Counsel for Defendant
                                    ZHANGZHONG YANG


Dated:  September 29, 2016          /s/ JESSICA GRAVES
                                    JESSICA GRAVES
                                    Counsel for Defendant
                                    CHENGCHUN XIE

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to October 6, 2016, at 2:00 p.m.

2. The time between SEPTEMBER 29, 2016, and October 6, 2016, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: September 29, 2016

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE