PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-189 KJM |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT |
| LEONARD YANG, et al, | |
| Defendants. | |

The government's motion to unseal the above-referenced case, keep the indictment and any reference to the fourth defendant sealed, and file a redacted copy of the sealed indictment is GRANTED.

Dated: October 5, 2016

_____
HON. ALLISON CLAIRE
United States Magistrate Judge