FILED
December 08, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD YANG,<br><br>Defendant. | Case No. 2:16-cr-00189-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LEONARD YANG ,

Case No. 2:16-cr-00189-KJM  from custody for the following reasons:

_____   Release on Personal Recognizance

**X**   Bail Posted in the Sum of $  250,000 property bond

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

**X**   (Other): Pretrial services conditions

Issued at Sacramento, California on December 08, 2016 at  2:55 pm

By:  _____

Magistrate Judge Carolyn K. Delaney