ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2150 River Plaza Drive, Suite 164
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant LEONARD YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARD YANG,<br><br>Defendant. | Case No.: 2:16-cr-00189 KJM<br><br>STIPULATION AND ORDER FOR TEMPORARY REMOVAL OF HOME ELECTRONIC ANKLE MONITOR TO ALLOW TRAVEL |

**STIPULATION**

LEONARD YANG, defendant herein, is presently released on bail in connection with the above-numbered case, residing in Sacramento, California, and monitored by a home electronic ankle monitor. Mr. Yang has been authorized to change his residence and be monitored by the Pretrial Services Office in the Southern District of Ohio, Document 15, Special Conditions of Release, Clerk's Record in the above-numbered case which specifically authorizes that Mr. Yang be restricted to the Eastern District of California and the Southern District of Ohio).

In order for the defendant to travel to Southern District of Ohio (where he will be residing at 1924 Smoky Meadow Drive, Columbus, Ohio) it is necessary for the removal of the ankle

monitor presently in place, and for the Pretrial Services Agency in Ohio to replace it with a new monitor when he arrives in that District.  Pretrial Services here in Sacramento will so remove the monitor as soon as this Court Order allowing them to do so is signed and filed on the record.  Mr. Yang further agrees that he will comply with all pretrial orders, and requirements of Pretrial Services, and will make all required Court appearances as ordered.

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective undersigned counsel, that the Court may issue an Order that the ankle monitor presently on the person of Mr. Leonard Yang, here in the Eastern District of California, may be removed forthwith, allowing him to travel to Ohio where a new monitor will be placed as soon as the Pretrial Services Office in The Southern District of Ohio is able to do so.

**Dated: December 23, 2016**

/S/ Robert M. Holley
_____
**Mr. Robert M. Holley, Esq.**
**Counsel for Mr. Yang**


/S/ Mr. Owen Roth, Esq. (by RMH)
_____
**Mr. Owen Roth, Esq.**
**Assistant United States Attorney**
**Counsel for the United States**

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: December 23, 2016

_____
**THE HONORABLE DEBORAH BARNES**
**United States Magistrate Judge**
**Eastern District of California**