**ROBERT M. HOLLEY, ESQ. (SNB 50769)**
**Attorney at Law**
**2151 River Plaza Drive, Suite 250**
**Sacramento, California 95833**

**Telephone: (916) 922-2255**

**Counsel for Defendant LEONARD YANG**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　**Plaintiff,**<br><br>**vs.**<br><br>**LEONARD YANG,**<br><br>　　　　　　　　**Defendant.** | Case No.: 2:16-cr-00189 KJM<br><br>**STIPULATION AND ORDER FOR TEMPORARY REMOVAL OF HOME ELECTRONIC ANKLE MONITOR TO ALLOW TRAVEL** |

## STIPULATION

LEONARD YANG, defendant herein, is presently released on bail in connection with the above-numbered case, and residing in Columbus, Ohio. He is being monitored by Pretrial Services Office for the Southern District of Ohio utilizing a home electronic ankle monitor (as authorized by Document 15, Special Conditions of Release, Clerk's Record in the above-numbered case which specifically authorizes that Mr. Yang be restricted to the Eastern District of California and the Southern District of Ohio).

In order for the defendant to travel from Columbus, Ohio to Sacramento, California for his Court appearance presently scheduled before the Honorable Kimberly J. Mueller, on

Wednesday, October 18, 2017, it is necessary for the removal of the ankle monitor presently in place so that he can board a plane for the trip. The Pretrial Services Agency in Ohio will replace the ankle monitor with a new monitor immediately upon his return to that district. Mr. Yang further agrees that he will comply with all pretrial orders, and requirements of Pretrial Services, and will make all required Court appearances as ordered. He will be traveling to Sacramento on Sunday, October 14, 2017 and will return to Columbus, Ohio probably on Friday, October 20, 2017, depending on scheduling with authorities and re-arraignment before the United States Magistrate/Judge for the Eastern District of California.

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective undersigned counsel, that the Court may issue an Order that the ankle monitor presently on the person of Mr. Leonard Yang, in the Southern District of Ohio, may be removed forthwith, allowing him to travel to Sacramento, California and conduct his court appearances and other legal matters and that he will report to the Pretrial Services Office for the Southern District of Ohio, and immediately upon his return where a new monitor will be placed as soon as the Pretrial Services Office in The Southern District of Ohio is able to do so.

**Dated: October 13, 2017**

*/S/ Robert M. Holley*

**Mr. Robert M. Holley, Esq.**
**Counsel for Mr. Yang**

*/S/ Mr. Roger Yang, Esq.* **(by RMH)**

**Mr. Roger Yang, Esq.**
**Assistant United States Attorney**
**Counsel for the United States**

# ORDER

In addition to the above, Mr. Leonard Yang is to check in with Sacramento Pre Trial Services the first business day after his arrival in Sacramento.

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**Dated: October 13, 2017**

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE