**ROBERT M. HOLLEY, ESQ. (SBN 50769)**
**Attorney at Law**
**2151 River Plaza Drive, Suite 250**
**Sacramento, California 95833**

**Telephone: (916) 922-2255**

**Counsel for Defendant LEONARD YANG**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARD YANG,<br><br>Defendant. | Case No.: 2:16-cr-00189 KJM<br><br>**STIPULATION AND ORDER FOR TEMPORARY REMOVAL OF HOME ELECTRONIC ANKLE MONITOR TO ALLOW TRAVEL AT DISCRETION OF THE OFFICE OF PRETRIAL SERVICES** |

**STIPULATION**

LEONARD YANG, defendant herein, is presently released on bail in connection with the above-numbered case, and residing in Columbus, Ohio. He is being monitored by Pretrial Services Office for the Southern District of Ohio utilizing a home electronic ankle monitor (as authorized by Document 15, Special Conditions of Release, Clerk's Record in the above-numbered case which specifically authorizes that Mr. Yang be restricted to the Eastern District of California and the Southern District of Ohio).

////

1

In order for the defendant to travel from Columbus, Ohio to Sacramento, California for his Court appearances and meetings with his counsel associated with the representation in the above-entitled case, it has been previously necessary that a separate motion and order be filed for each and every such travel request, for the removal of the ankle monitor presently in place so that he can board a plane for the trip.

As set for herein below, all parties are in agreement that travel requests may be made by the parties hereto directly to the Pretrial Services Agency (in Sacramento, California, and/or Columbus, Ohio) without the necessity of a separate motion and order to be filed with the Court for each such request. If and when Pretrial Services is satisfied as to the validity of such request, the travel accommodations will be made, and adhered to, just as has been the practice pursuant to individual Court Orders but without the necessity of additional court involvement.

As has been the practice, the Pretrial Services Agency in Ohio will remove the ankle monitor shortly before Mr. Yang's departure from Columbus, Ohio, and will immediately replace the monitor upon his return to that district. Mr. Yang further agrees that he will comply with all pretrial orders, and requirements of Pretrial Services, and will make all required Court appearances as ordered.

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective undersigned counsel, that the Court may issue an Order that the ankle monitor presently on the person of Mr. Leonard Yang, in the Southern District of Ohio, may be removed by the Pretrial Services Agency in that district allowing him to travel to Sacramento, California and conduct his court appearances, and other legal matters, and that immediately upon his return, he will report to the Pretrial Services Office for the Southern District of Ohio, and a new monitor will be placed as soon as the Pretrial Services Office in The Southern District of Ohio is able to

do so.  The granting of such travel requests shall be at the sound discretion of Pretrial Services Offices of said Districts.

Dated:  January 23, 2018

*/S/ Robert M. Holley*

_____

Mr. Robert M. Holley, Esq.
Counsel for Mr. Yang

*/S/ Mr. Roger Yang, Esq.* (by RMH)

_____

Mr. Roger Yang, Esq.
Assistant United States Attorney
Counsel for the United States

ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  January 23, 2018

_____

THE HON. EDMUND F. BRENNAN
Chief United States Magistrate Judge
Eastern District of California