**ROBERT M. HOLLEY, ESQ. (SNB 50769)**
**Attorney at Law**
**2151 River Plaza Drive, Suite 250**
**Sacramento, California 95833**

**Telephone: (916) 922-2255**

**Counsel for Defendant LEONARD YANG**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                   **Plaintiff,**<br><br>**vs.**<br><br>**LEONARD YANG,**<br><br>                   **Defendant.** | **Case No.: 2:16-cr-00189 KJM**<br><br>**STIPULATION AND ORDER FOR REMOVAL OF PRETRIAL RELEASE CONDITION OF ELECTRONIC MONITORING** |

## STIPULATION

MR. LEONARD YANG, defendant herein, is presently released on bail in connection with the above-numbered case, and residing in Columbus, Ohio. He is being monitored by Pretrial Services Office for the Southern District of Ohio utilizing a home electronic ankle monitor (as authorized by Document 15, Special Conditions of Release, Clerk's Record in the above-numbered case which specifically authorizes that Mr. Yang be restricted to the Eastern District of California and the Southern District of Ohio).

////

1

U.S. Pretrial Services Officer Darryl Walker, assigned in the Eastern District of California to monitor Mr. Leonard Yang's conditions of release, recommends that the condition of Electronic Monitoring is no longer necessary. Mr. Walker cites that Mr. Yang has been on Pretrial Supervision since December 2016 with no violations, has been drug free, and employed since the inception of his pretrial release. Mr. Walker's office telephone number is (916) 930-4360.

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective undersigned counsel, that based upon Mr. Walker's recommendation, and history of compliance by Mr. Leonard Yang with his pretrial release conditions, the pretrial condition of electronic monitoring be removed. All other conditions heretofore ordered shall remain in full force and effect and Mr. Yang shall with comply with the same, and continue to be monitored by the United States Pretrial Services Office in the Eastern District of California and the Southern District of Ohio. Further, Mr. Yang shall attend all required court appearances as ordered.

**Dated: January 31, 2018**

*/S/ Robert M. Holley*

**Mr. Robert M. Holley, Esq.**
**Counsel for Mr. Yang**

*/S/ Mr. Roger Yang, Esq.* **(by RMH)**

**Mr. Roger Yang, Esq.**
**Assistant United States Attorney**
**Counsel for the United States**

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: February 1, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE