ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2151 River Plaza Drive, Suite 250
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant LEONARD YANG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs,<br><br>LEONARD YANG,<br><br>　　　　Defendant. | Case No.: 2:16-CR-00189 KJM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CHARGES SET FORTH IN SUPERSEDING INDICTMENT** |

## BACKGROUND

The above-numbered Superseding Indictment, filed on August 10, 2017, charges Leonard Yang with nine separate felony counts relating to the manufacture of marijuana and money laundering. On January 19, 2019, Mr. Yang entered a change of plea to "guilty" as to Count One of the Indictment, a violation of 21 U.S.C. §§ 846, 841 (a)(1), Conspiracy to Manufacture Marijuana. On March 28, 2019, by stipulation and order, sentencing was rescheduled for June 17, 2019 before Hon. Kimberly J. Mueller, U.S. District Court Judge, presiding. On April 15, 2019, prior to the sentencing date, Mr. Yang passed away - cause of death listed on the Death Certificate as "Acute Cerebellar Intracranial Hemorrhage." A copy of the Certificate of Death, dated April 19, 2019, from the Ohio Department of Health - Vital Statistics, is attached hereto as Exhibit "A," and by reference made a part hereof.

**STIPULATION**

**IT IS HEREBY STIPULATED,** by and between the parties hereto, through the undersigned representative counsel, that, by reason of the death of Mr. Leonard Yang, as set forth herein-above, without further appearance of counsel, the Indictment in Case No. 2:16-CR-0189 KJM, and all charges contained therein, as against Mr. Yang only, be dismissed.

**Dated: May 20, 2019**

*/S/ Robert M. Holley*
_____
**Mr. Robert M. Holley, Esq.**
**Attorney of Record for Mr. Leonard Yang**

*/S/ Roger Yang, Esq.*
_____
**Mr. Roger Yang, Esq.**
**Assistant United States Attorney**

**ORDER**

The Court, having read and considered the stipulation of the parties, and the factual dissertation set forth herein (including the Certificate of Death of Mr. Leonard Yang), good cause appearing, the Indictment, including all charges contained therein, as against Mr. Yang only, is hereby dismissed.

IT IS SO ORDERED.

DATED: May 29, 2019.

_____
UNITED STATES DISTRICT JUDGE